**Order entered September 3, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00299-CR**

**JOSE MONTADELGADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F19-53575-L**

**ORDER**

Before the Court is appellant's August 28, 2020 pro se motion for access to the record in order to file a pro se response to counsel's *Anders* brief. Appellant's motion is **GRANTED**.

We **ORDER** appellate counsel Lawrence B. Mitchell to provide appellant with copies of the clerk's and reporter's records. We **FURTHER ORDER** Mr. Mitchell to provide this Court, within **TWENTY-ONE DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **November 20, 2020**. If appellant does not file a pro se response by November 20, 2020, the appeal will be submitted upon the brief of counsel.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; Lawrence B. Mitchell; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk of the Court to send a copy of this order, by first-class mail, to Jose Montedelgado, BIN # 19014731, North Tower, 6E04, P.O. Box 660334, Dallas, Texas 75266-0334.

/s/    BILL PEDERSEN, III
         JUSTICE